JS 45 (01/2008)                **REDACTED**

<u>Criminal Case Cover Sheet</u>                                        <u>U.S. District Court</u>

| **Place of Offense:** | | Under Seal:Yes _____ No _X_ | Judge Assigned: _____ MSN _____ |
|---|---|---|---|

City _____ Superseding Indictment _____ Criminal Number: 1:25-CR-327 _____

County/Parish <u>Eastern District of Virginia</u> Same Defendant _____ New Defendant _X_____

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

<u>Defendant Information:</u>

**Juvenile --Yes ___ No _X_ FBI #** L9TK _____

**Defendant Name:** Thomas, Malachi Morgan     Alias Name(s)_____

**Address:** _____

**Employment:** _____

**Birth date** 2001 ____ **SS#** 9934 ____ **Sex** M **Def Race** _____ Nationality _____ Place of Birth _____

**Height** _____ **Weight** ____ **Hair** _____ **Eyes** _____ Scars/Tattoos _____

   **Interpreter:** ___No ___Yes List language and/or dialect: _____ Automobile Description _____

<u>Location Status:</u>

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

_X_ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

_X_ Arrest Warrant Requested    . Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

<u>Defense Counsel Information:</u>

Name: _____ ___ Court Appointed    Counsel conflicted out: _____

Address: _____ ___ Retained

Telephone: _____ ___ Public Defender    Federal Public Defender's Office conflicted out:

<u>U.S. Attorney Information:</u>

AUSA Lauren Halper _____ Telephone No: 703-299-3700    Bar # _____

<u>Complaint Agency, Address & Phone Number  or Person & Title:</u>

FBI Special Agent Paul Fisher (P#: 202-631-2080)

<u>U.S.C. Citations:</u>

| | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of Children | 1-13 | Felony |
| Set 2 | 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor | 14 | Felony |
| Set 3 | 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of a Visual Depiction Involving the Use of a Minor Engaging in Sexually Explicit Conduct | 15 | Felony |

(May be continued on reverse)

**Date:** December 11, 2025    Signature of AUSA:    /s/ Lauren Halper _____