IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

RECEIVED

Alexandria Division

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

2025 DEC 18  A. 11: 59

CASE NO.   Criminal No. 1:25-CR-327
CASE NAME:   United States v. Thomas, Malachi Morgan

TO:   Green Rock Correctional Center
Address: 475 Green Rock Ln., Chatham, VA 24531
Telephone No: (434) 797-2000

YOU ARE HEREBY COMMANDED to surrender the body of: Malachi Morgan

Thomas, a sentenced prisoner, Prisoner No. 2088268, SSN: 9934, DOB: 2001, Race: Black,

Sex: Male, Weight: 165, under your custody, to the United States Marshal for the Eastern

District of Virginia or his Deputy or Deputies, or any other authorized law enforcement officer,

specifically, Special Agent Paul J. Fisher of the Federal Bureau of Investigation, so that his body

will be before the Honorable Lindsey R. Vaala, Magistrate Judge of the United States District

Court for the Eastern District of Virginia, at the Courtroom of said Court, in the City of

Alexandria at 2:00 o'clock p.m., on the 21st day of January, 2026, or at such other time as the

Court may direct.   This inmate will be retained until the pending indictment against him is

resolved.

WITNESS
The Honorable Lindsey R. Vaala
United States District Judge
at Alexandria, Virginia
This 21st day of January, 2026

FERNANDO GALINDO
CLERK OF COURT

By: _____

Deputy Clerk

12 18 25

Approved by: _____/s/_____
Lauren Halper
Assistant United States Attorney