11903824

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MALACHI MORGAN THOMAS | ) | Case No. 1:25-CR-327 |
| | ) | |
| _____ | ) | |
| Defendant | ) | |

2025 DEC 23 17:55
UNITED STATES MARSHAL

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Malachi Morgan Thomas                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1-13: Sexual Exploitation of Children, in violation of Title 18, United States Code, Section 2251(a) and (e)

Ct. 14: Coercion and Enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b)

Ct. 15: Possession of a Visual Depiction Involving the Use of a Minor Engaging in Sexually Explicit Conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)

Date: 12/11/2025

_____
*Issuing officer's signature*

City and state:    Alexandria, Virginia

J. Lanham Deputy Clerk
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  12·11·2025 , and the person was arrested on *(date)*  1·2·26 at *(city and state)*  RICHMOND, VIRGINIA . |
| Date:  1·7·26 |

_____
*Arresting officer's signature*

Jason Winston
_____
*Printed name and title*