FILED
IN OPEN COURT
APR - 2 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

MALACHI MORGAN THOMAS,

*Defendant.*

Case No. 1:25-CR-327

**STATEMENT OF FACTS**

The United States and the defendant, MALACHI MORGAN THOMAS, agree that at trial, the United States would have proven beyond a reasonable doubt and with admissible and credible evidence that, between on or about June 9, 2020, and on or about September 29, 2020, in the Eastern District of Virginia and elsewhere, the defendant, MALACHI MORGAN THOMAS, did attempt to and did employ, use, persuade, induce, entice, and coerce a minor, MV13, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and such visual depiction had actually been transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

The United States and the defendant further agree that at trial, the United States would have proven beyond a reasonable doubt and with admissible and credible evidence that between on or about March 25, 2020, and on or about October 1, 2020, within the Eastern District of Virginia, the defendant, MALACHI MORGAN THOMAS, attempted to and did knowingly possess at least one matter containing a visual depiction that had been transported using a means and facility of

interstate and foreign commerce, in and affecting interstate and foreign commerce, and which visual depiction was produced using materials which had been mailed and so shipped and transported, by a means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, to wit: sexually explicit videos and images of minors stored on a Samsung SM-J337T cell phone (IMEI 310260149626792) and an LG LM-K500UUM cell phone (IMEI 354547111628592).

In addition, the United States and the defendant agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

**<u>The defendant's scheme to sexually exploit minor girls on Snapchat</u>**

1. Between at least March 1, 2020, and October 1, 2020, the defendant used a Snapchat account (hereinafter, "DEF-ACCOUNT"), which he had previously hacked and stolen from a minor girl in Virginia, to coerce approximately 41 minor girls between the ages of 12 and 17 to engage in sexually explicit conduct. On certain occasions, the defendant directed the girls to take and send him sexually explicit photos and videos of themselves, or participate in live transmissions via video calls and engage in sexually explicit conduct.

2. To meet the girls, the defendant formed Snapchat group chats, which he titled, for example, "Great Kublai Khan" and "Female Guard." The defendant would connect with a girl and then direct that girl to invite her friends to the group chat, at which point the defendant would offer the opportunity for the first girl to be "released." Once the defendant connected with the new girls in the group chat, he would send them a direct message explaining who he was. In the group chats and direct messages, the defendant identified himself with an alias, often King Stannis, Kublai

Khan, and Renly, and claimed he led a criminal organization. He told the girls that as long as they did what he told them, they would be safe.

3. For example, on May 14, 2020, the defendant sent the following Snapchat messages to MV3:[1]

**ME**
Do you know who I am?
May 13, 2020 11:58:22 PM (UTC)

[REDACTED]
no
May 14, 2020 12:19:58 AM (UTC)

**ME**
Alright I'll explain since you don't understand or know who I am I'm known as King Stannis I lead an organization called the NDF we do a lot of hacking and advanced programming for example this acccount I'm using was hacked by me along with a lot of other accounts also I'm a guy not a chick do you understand? And as long as you don't block or remove this account you'll be safe.
May 14, 2020 12:22:04 AM (UTC)

If you understand everything I've told you say "Yes I understand"
May 14, 2020 12:22:16 AM (UTC)

[REDACTED]
yes i understand
May 14, 2020 12:24:18 AM (UTC)

**ME**
Very good
May 14, 2020 12:25:23 AM (UTC)

[1] The user identified as "ME" is the defendant, Malachi Thomas.

**ME**
Alright now moving on there's only one more thing I need you to agree to swear your loyalty and obedience to me your safety will be complete and I'll protect you there are other people with skills either like mine or a little different who are a lot worse than I am
May 14, 2020 12:25:43 AM (UTC)

**ME**
Do you agree? Yes or no.
May 14, 2020 12:25:50 AM (UTC)

[redacted]
i'm confused
May 14, 2020 12:26:37 AM (UTC)

**ME**
You're swearing your loyalty and obedience to me.
May 14, 2020 12:26:48 AM (UTC)

4. The following day, the defendant directed MV3 to create a group chat with two of her friends and add him to it.

**ME**
I need you to make a group chat with two of your friends and add me to it
May 15, 2020 02:10:47 AM (UTC)

[redacted]
okay
May 15, 2020 02:10:54 AM (UTC)

**ME**
I won't harm them.
May 15, 2020 02:11:11 AM (UTC)

5. On June 9, 2020, the defendant sent the following message to MV13:

> Okay [redacted] I'm going to add you to a group chat with the others you're being added for your safety I use my OS for testing my crash codes by suppressing tool on Parrot Security 4.1 so I recommend that you stay there so you won't have to buy a replacement device
> June 09, 2020 10:05:43 PM (UTC)

6. To get the girls to do what he wanted – create and send him sexually explicit visual depictions – the defendant threatened to hack the girls' accounts and physically harm them and their family members if they disobeyed him. For example, on June 27, 2020, the defendant told a 13-year-old girl (hereinafter, "MG1") that she needed to "agree to swear your loyalty and obedience to me your safety will be complete and I'll protect you there are other people with skills either like mine or a little different who are a lot worse than I am[.]" When MG1 told the defendant to stop, he told her

- "I've had to kill two girls that resided in ashville"
- "I also let a man rape a woman there also for disobeying me."
- "So tell me what should I do to you?"

7. The defendant demanded MG1 send him pictures. When MG1 said no, the defendant told her "I'm going to make sure I record your naked body for all of your friends to see." MG1 repeatedly asked the defendant to stop. The defendant told her:

- "Send me the pictures and do everything I ask and you will be safe."
- "No I'm just going to strangle you to death."
- "Send what I asked for and you will be given another chance and your family will be safe"

8. Later, the defendant told MG1 what she should say in the group chat. He told MG1, "Your life is in my hands." When MG1 asked to leave the group chat, the defendant asked her, "Do you love your family?" "Ask me to leave again and I'm going to involve your family too."

9. On July 1, 2020, the defendant exchanged the following messages with MG1:

| | |
|---|---|
| **DEF-ACCOUNT** | [MG1] I want you to do something for me. |
| **MG1** | okay |
| **MG1** | please don't make me send anything |
| **MG1** | I've never done that and never want to |
| **DEF-ACCOUNT** | I'm not really giving you a choice. |
| **MG1** | please i'm fr |
| **MG1** | i don't feel comfortable |
| **DEF-ACCOUNT** | I just want to see your tits with a bra on. |
| **MG1** | no please really i can't |
| **DEF-ACCOUNT** | I'm about to lose my temper and you don't want that to happen. |
| **DEF-ACCOUNT** | Now show me. |
| **MG1** | :( |
| **DEF-ACCOUNT** | Hurry up you have one minute |
| **MG1** | okay:/ |
| **DEF-ACCOUNT** | It's been a minute |
| **MG1** | there |
| **DEF-ACCOUNT** | Don't use the mirror |
| **DEF-ACCOUNT** | Do the other side of your camera |
| **DEF-ACCOUNT** | Good girl pull it down more for daddy. |
| **MG1** | you said to do it and i sent two |
| **MG1** | please |
| **MG1** | i really can't do that |
| **DEF-ACCOUNT** | Now |
| **MG1** | i want to get into a good college |
| **DEF-ACCOUNT** | I'm not going to fucking tell you again. |
| **MG1** | and i don't want them to look bad and see |
| **DEF-ACCOUNT** | I won't screenshot. |
| **DEF-ACCOUNT** | Now show me. |
| **MG1** | i fr can't anyrhing but that |
| **MG1** | literally that and my ass only things i'll show |
| **MG1** | not showin my bare boobs |
| **DEF-ACCOUNT** | You're going to show your tits. |
| **DEF-ACCOUNT** | I fucking warned you. |
| **MG1** | i literally cant |
| **MG1** | i really can't |
| **DEF-ACCOUNT** | You have one minute. |
| **DEF-ACCOUNT** | Fine I won't be mean to you. |
| **MG1** | i'm so sory |
| **MG1** | i really can't do it i'm so insecure about myself and i make myself feel shitty if i even send what i sent |

| | |
|---|---|
| **DEF-ACCOUNT** | You have to send two more with the bra |
| **MG1** | okay |
| **MG1** | there |
| **DEF-ACCOUNT** | Pull it down more |
| **MG1** | i can't that's as far as it goes i can't do anymore |
| **DEF-ACCOUNT** | This is the last one |
| **MG1** | i cant i feel so shitty about myself rn |
| **DEF-ACCOUNT** | You'll be fine you're making your king proud |
| **MG1** | i really won't my depression has gotten worse over the past week and i'm tryin to make it better but this isn't helpin i'm so sorry |
| **MG1** | really |
| **MG1** | but i cant |
| **MG1** | i'm sorry |
| **MG1** | okay |
| **DEF-ACCOUNT** | Say that you're fifteen in the group and you're sorry for lying |
| **MG1** | okay... |
| **DEF-ACCOUNT** | Are you a virgin? |
| **MG1** | yes... |
| **DEF-ACCOUNT** | I'm going to take it |

10. In a Snapchat message to MV13 (shown below), the defendant threatened to "pick up ur baby sister by the skull and smash her head into the wall while ur crying and screaming" and then he said he would rip her clothes off, take off his pants and underwear, and have her "suck [his] cock" or else he would shoot her in the head and "finish off ur sister."



Hey
ME
im going to end up killing ur baby sister one day then im going to pick up ur baby sister by the skull and smash her head into the wall while ur crying and screaming im going to beating u with my fist after im going to rip your clothes off and then im going to take off my pants and underwear after im done im going to take pistol out and tell u to suck my cock or else im going to shoot u in the head and finish off ur sister then after u put ur mouth on my cock im going to shove it in ur mouth and force u to choke on it after i get bored of u sucking on my cock im going to throw you on the ground but make sure ur on your belly so i can shove my fucking cock in ur pussy as hard as i can so u can bleed and start begging me to stop then im going to shove my cock in ur tight ass keep fucking u until u start to bleed out of ur ass before i cum im going to shove in ur pussy so u can carry my fucking kid forever then I'll start bashing ur face enough to bring a severe injury to ur skull so u wont die then ill grab u by the hair and kick u in stomach after im going make sure I shoot ur parents and ur brother in the head in front of ur eyes
Send a chat

11. The defendant often told the girls that he would be administering a "gynecology exam" and they needed to spread their vaginal area open so he could inspect their genitals via images or live transmission over a video call. He also frequently sent the girls obscene images of

females' genitals, including visual depictions of other victims, and told the girls to "do that for me" and demanded they create a similar image and share it with the defendant. The defendant would sometimes screenshot or screen record the images and videos that he ordered the girls to produce, though he typically did so in a way that would avoid triggering a notification to the other Snapchat user.

12. As a general matter, the defendant was aware that several of his victims suffered from anxiety, depression, and other mental health issues. Several of the victims listed in the indictment informed the defendant that they engaged in self-harming behaviors such as cutting as a result of their mental health issues. The defendant was also aware that several of his victims listed in the indictment had previously been victims of sexual abuse. In at least one instance with a victim listed in the indictment, the defendant knew that the victim was in foster care. These factors made his victims particularly susceptible to complying with his demands.

**MV1**

13. Between on or about March 25, 2020, and on or about September 10, 2020, the defendant sexually exploited MV1, who turned 15 in the summer of 2020.

14. For example, on April 14, 2020, the defendant sent the following messages to MV1:

| **DEF-ACCOUNT** | [redacted] |
|---|---|
| **MV1** | Yeah |
| **DEF-ACCOUNT** | How was your day |
| **MV1** | Pretty good hbu |
| **DEF-ACCOUNT** | My day was a bit complicated but it was okay |
| **MV1** | Oh |
| **DEF-ACCOUNT** | I'm hard |
| **DEF-ACCOUNT** | Rub your tits for me |
| **MV1** | Hold on |
| **DEF-ACCOUNT** | Okay |
| **DEF-ACCOUNT** | Show daddy your pussy |
| **MV1** | Sorry I fell asleep |

15. On July 21, 2020, the defendant sent MV1 the following messages:

| | |
|---|---|
| **DEF-ACCOUNT** | I want some tits. |
| **DEF-ACCOUNT** | Put your face in it |
| **DEF-ACCOUNT** | Hurry up |
| **DEF-ACCOUNT** | Now send me an ass pic |
| **DEF-ACCOUNT** | Very sexy take off your panties bend over and show me |
| **DEF-ACCOUNT** | [redacted] |
| **MV1** | That's a hard angle to get |
| **DEF-ACCOUNT** | Very sexy now get a brush for me |
| **MV1** | Ok |
| **MV1** | Lemme find it |
| **DEF-ACCOUNT** | Taking so long. |
| **MV1** | I'm looking |
| **DEF-ACCOUNT** | Okay |
| **MV1** | All I can find is a comb |
| **MV1** | The bending over one? |
| **DEF-ACCOUNT** | Spread your ass too |
| **DEF-ACCOUNT** | Quickly |
| **DEF-ACCOUNT** | You made me cum |

16. On July 23, 2020, the defendant told MV1:

| | |
|---|---|
| **DEF-ACCOUNT** | Make a video sucking your brother's Dick |
| **MV1** | No |
| **DEF-ACCOUNT** | I'm not giving you a choice. |
| **MV1** | King i do anything you ask but I'm not doing that |
| **DEF-ACCOUNT** | I want that too. |
| **MV1** | Why |
| **DEF-ACCOUNT** | Because I told you to. |
| **MV1** | I'll do anything but that |
| **DEF-ACCOUNT** | Nah do it tonight. |

17. When she continued to say no, the defendant told MV1, "Better find the brush[.]" Then he sent the following messages:

| | |
|---|---|
| **DEF-ACCOUNT** | Take the ass pic bending over for me again |
| **DEF-ACCOUNT** | Spread your ass |
| **DEF-ACCOUNT** | Now get the brush suck on it like you're giving me head |
| **DEF-ACCOUNT** | Now show me your tits squeeze them together though |
| **DEF-ACCOUNT** | Put the brush in your pussy |

| | |
|---|---|
| **DEF-ACCOUNT** | Longer |
| **DEF-ACCOUNT** | Put the camera all the way down there |
| **DEF-ACCOUNT** | I came |
| **MV1** | Can I sleep now? |
| **DEF-ACCOUNT** | Yes fine |

18. On September 10, 2020, the defendant sent MV1 the following messages:

| | |
|---|---|
| **DEF-ACCOUNT** | [MV1] |
| **DEF-ACCOUNT** | Are you ready for your gynecology exam? |
| **MV1** | What |
| **DEF-ACCOUNT** | Your exam. |
| **MV1** | What exam |
| **DEF-ACCOUNT** | Yes for your gynecology exam I need you to spread your inner vaginal area open so I can check for infection or risk of infection |
| **MV1** | Uh no? |
| **DEF-ACCOUNT** | Uh yes. |
| **MV1** | Uh ok. |
| **DEF-ACCOUNT** | So show me since I'm your doctor |
| **MV1** | Can't rn |
| **DEF-ACCOUNT** | Why |
| **MV1** | I'm in class |
| **DEF-ACCOUNT** | You got lucky |

**MV2**

19. Between on or about April 9, 2020, and on or about July 9, 2020, the defendant sexually exploited MV2, who was 15 years old at the time.

20. On June 6, 2020, the defendant told MV2, "I'm coming to see you." That same day, he flew from Richmond International Airport to another state's international airport to have sex with MV2.

21. On or about June 7, 2020, the defendant went to MV2's house during the night. He told MV2 "I'm outside my member just [left]."[2] MV2 left her house and met the defendant outside, where she performed oral sex on him. The defendant recorded MV2 performing oral sex and kept the video in his Snapchat account and on his Samsung cell phone. The defendant engaged in vaginal sex with MV2 during this trip, and later MV2 believed she might be pregnant.

22. On June 8, 2020, the defendant performed the following web searches on his Samsung cell phone:

- can a 18 year old date a 15 year old in [another state]
- age of consent by state
- sexual intercourse with minors (ASPE HHS.Gov)

**MV3**

23. Between on or about May 13, 2020, and on or about September 29, 2020, the defendant sexually exploited MV3, who was 15 years old at the time.

24. For example, on May 14, 2020, the defendant sent the following messages to MV3:

| **DEF-ACCOUNT** | Do you have a bra on currently [MV3]? |
|---|---|
| **MV3** | yes |
| **DEF-ACCOUNT** | Very good |
| **DEF-ACCOUNT** | Show it to me |
| **DEF-ACCOUNT** | Wow you're very obedient |
| **DEF-ACCOUNT** | I'm impressed and proud |
| **DEF-ACCOUNT** | Hm pull it down lower for me |
| **DEF-ACCOUNT** | That's very sexy |
| **MV3** | ☺ |
| **DEF-ACCOUNT** | One more |
| **DEF-ACCOUNT** | But pull it down a bit more |
| **DEF-ACCOUNT** | Now take it off |

[2] The defendant frequently told the minor victims that he worked with other "members" in his criminal organization, including a person he called "Renly" whom the defendant said was his brother, but who was, in fact, the defendant.

25. On July 23, 2020, the defendant sent MV3 a picture of MV4 bent over at the waist with her buttocks and genitals exposed, then told MV3, "Do that for me[.]" Afterward, he sent the following messages:

| **DEF-ACCOUNT** | Do that for me |
|---|---|
| **MV3** | okay hold one im gonna do it in better lighting and get my tripod |
| **DEF-ACCOUNT** | Okay |
| **MV3** | i just tried and that's hard as hell 😂 |
| **DEF-ACCOUNT** | Just take an ass pic bending over for me |
| **MV3** | okay |
| **DEF-ACCOUNT** | Spread your ass too |
| **MV3** | you know i don't send pics of that |
| **DEF-ACCOUNT** | Well do it still |
| **MV3** | do you think zeus[3] would mind? |
| **DEF-ACCOUNT** | I doubt it |
| **MV3** | well i really like him and i don't wanna mess it up |
| **DEF-ACCOUNT** | It'll be fine |
| **MV3** | okay |
| **DEF-ACCOUNT** | Definitely going to fuck you from behind one day |

**MV4**

26. Between on or about July 3, 2020, and on or about September 29, 2020, the defendant sexually exploited MV4, who was 13 years old at the time.

27. For example, on July 8, 2020, the defendant sent the following messages to MV4:

| **DEF-ACCOUNT** | [MV4] |
|---|---|
| **MV4** | Yes? |
| **DEF-ACCOUNT** | Show daddy your tits |
| **DEF-ACCOUNT** | Do pictures |
| **DEF-ACCOUNT** | Good girl more |
| **DEF-ACCOUNT** | Let daddy see your pussy |
| **DEF-ACCOUNT** | Rub it |
| **DEF-ACCOUNT** | Let me see your ass with your panties on |
| **DEF-ACCOUNT** | More tits but stick your tongue out for me |
| **DEF-ACCOUNT** | More like that I'm going to cum |

[3] "Zeus," like Renly, is another of the defendant's aliases, whom he purported to be a member of his criminal organization, but who is, in fact, the defendant.

| DEF-ACCOUNT | You made me cum |
|---|---|

28. On July 16, 2020, the defendant sent MV4 the following messages:

| MV4 | Im sorry.... a lot of the other girls had bfs or gfs and I thought we were allowed |
|---|---|
| DEF-ACCOUNT | Show daddy something nice and I'll allow it |
| DEF-ACCOUNT | I'll consider allowing it |
| DEF-ACCOUNT | More |
| DEF-ACCOUNT | Keep going for daddy |
| DEF-ACCOUNT | [tongue out emoji] |
| DEF-ACCOUNT | More |
| DEF-ACCOUNT | Let daddy see your add |
| DEF-ACCOUNT | Ass* |
| DEF-ACCOUNT | Take it off and spread it for me |
| DEF-ACCOUNT | More tits |
| DEF-ACCOUNT | I can't wait to fuck you from behind |
| DEF-ACCOUNT | Do you have a brush m |
| DEF-ACCOUNT | ?* |
| DEF-ACCOUNT | Suck on it it for me like you're sucking my cock |
| DEF-ACCOUNT | Lick the tip too |
| DEF-ACCOUNT | Call me on here |
| MV4 | Ok |
| DEF-ACCOUNT | Ride on it |
| DEF-ACCOUNT | Set up the camera on your bed so I can see your whole body |
| DEF-ACCOUNT | You're officially my one and only favorite. |

29. On September 7, 2020, the defendant sent MV4 a Snapchat message ordering her to call him. MV4 said she could not. Approximately 10 minutes later, the defendant sent her a video of a woman with her hands cuffed behind her legs, drowning to death in a bathtub.

**MV5**

30. Between on or about May 18, 2020, and on or about August 19, 2020, the defendant sexually exploited MV5, who was 12 years old at the time.

31. For example, on July 30, 2020, the defendant sent the following messages to MV5:

| DEF-ACCOUNT | [MV5] |
|---|---|
| MV5 | Urs. |

| | |
|---|---|
| **MV5** | Yes. |
| **DEF-ACCOUNT** | Take an ass pic for me |
| **MV5** | Kk |
| **DEF-ACCOUNT** | Take off the pants |
| **MV5** | Can I wait till like 4 because there's people here |
| **DEF-ACCOUNT** | No now. |
| **MV5** | Underwear off too? |
| **DEF-ACCOUNT** | Not yet |
| **MV5** | Kk |
| **DEF-ACCOUNT** | Let me see it from the back not the side. |
| **DEF-ACCOUNT** | Hurry up. |
| **DEF-ACCOUNT** | I'm taking your account. |
| **MV5** | Noo hold on |
| **DEF-ACCOUNT** | Hurry up. |
| **DEF-ACCOUNT** | Take off the panties |
| **MV5** | Ok |
| **DEF-ACCOUNT** | Show me. |
| **MV5** | Ok I'm cleaning so sorry if it takes long |
| **DEF-ACCOUNT** | Now. |
| **DEF-ACCOUNT** | Bend over and show me |
| **MV5** | Wdym |
| **DEF-ACCOUNT** | Bend down and show me your ass. |
| **MV5** | Ok |
| **DEF-ACCOUNT** | Let me see your pussy |
| **MV5** | But |
| **DEF-ACCOUNT** | Now. |
| **MV5** | Ok |
| **DEF-ACCOUNT** | Spread your legs |
| **DEF-ACCOUNT** | Rub it |
| **DEF-ACCOUNT** | More |
| **DEF-ACCOUNT** | Good girl |
| **MV5** | Anything else while I'm in my room |
| **MV5** | Sir? |
| **DEF-ACCOUNT** | No |
| **MV5** | Anything later so I'll know? |
| **DEF-ACCOUNT** | Maybe |
| **MV5** | Kk |

32. On August 2, 2020, the defendant exchanged the following messages with MV5:

| | |
|---|---|
| **MV5** | Do you need anything before I settle down |

| | |
|---|---|
| **DEF-ACCOUNT** | Yes |
| **MV5** | Like? |
| **DEF-ACCOUNT** | [*sends picture of MV4 bent over at the waist with her buttocks and genitals exposed to the camera*] |
| **DEF-ACCOUNT** | A picture like that |
| **MV5** | Um ok |
| **DEF-ACCOUNT** | Good girl |

**MV6**

33. Between on or about March 25, 2020, and on or about August 24, 2020, the defendant sexually exploited MV6, who was 15 years old at the time.

34. For example, on July 24, 2020, the defendant sent the following messages to MV6:

| | |
|---|---|
| **DEF-ACCOUNT** | [MV6] |
| **MV6** | Yes |
| **DEF-ACCOUNT** | I want you to pleasure me since you've been gone |
| **MV6** | Been gone?? Where have I been |
| **DEF-ACCOUNT** | Not active |
| **DEF-ACCOUNT** | Now let daddy have some tits |
| **DEF-ACCOUNT** | More |
| **DEF-ACCOUNT** | Stick your tongue out in one for me |
| **DEF-ACCOUNT** | I wish you'd make me happy more often you have such a beautiful body |
| **MV6** | It's hard for me to take pictures now I cracked my front camera |
| **DEF-ACCOUNT** | I have to get you a new phone send some more using a mirror |
| **DEF-ACCOUNT** | Now without a bra |
| **DEF-ACCOUNT** | Very sexy |
| **DEF-ACCOUNT** | Now without the mirror I'm getting close |
| **DEF-ACCOUNT** | Take an ass pic bending over for me |
| **DEF-ACCOUNT** | So I can see your pussy too |
| **MV6** | So I take a pussy pic? |
| **DEF-ACCOUNT** | Yes with your ass pointing up |
| **MV6** | Okay imma send a pussy pic then that okay? |
| **DEF-ACCOUNT** | Yes |
| **DEF-ACCOUNT** | Very good |
| **MV6** | Its hard for me to get a pic like that with my mirror |
| **DEF-ACCOUNT** | I understand beautiful |
| **DEF-ACCOUNT** | Send me some of your old nudes |

**MV7**

35. Between on or about July 9, 2020, and on or about July 21, 2020, the defendant sexually exploited MV7, who was 14 years old at the time.

36. For example, on July 9, 2020, the defendant sent the following messages to MV7:

| DEF-ACCOUNT | [MV7] |
|---|---|
| MV7 | huh |
| DEF-ACCOUNT | Show daddy your tits |
| DEF-ACCOUNT | Good girl more |
| DEF-ACCOUNT | Put your face in it and stick your tongue out |
| DEF-ACCOUNT | Rub them |
| DEF-ACCOUNT | Let me see your pussy |
| MV7 | ok. |
| DEF-ACCOUNT | You have such a nice body |
| MV7 | thank you |
| DEF-ACCOUNT | You're welcome beautiful |
| DEF-ACCOUNT | Now more tits |
| MV7 | wait why what's going on |

37. On July 21, 2020, the defendant sent the following messages to MV7:

| DEF-ACCOUNT | I want some tits from you too |
|---|---|
| MV7 | okay i'm on it |
| MV7 | but i'm in a hotel atm. |
| MV7 | all i can do is saved ones until tomorrow i get home tomorrow |
| DEF-ACCOUNT | Live go to the bathroom. |
| MV7 | my cousins in there. |
| MV7 | i'll see if i can get him out |
| DEF-ACCOUNT | Okay. |
| DEF-ACCOUNT | More |
| DEF-ACCOUNT | More stick out your tongue too |
| DEF-ACCOUNT | Rub your pussy for me with your tits out |
| MV7 | okay |
| DEF-ACCOUNT | Video |
| DEF-ACCOUNT | Your body is so sexy |
| MV7 | thank you king |
| DEF-ACCOUNT | Go get a brush for me |
| MV7 | i don't have one mines in the car since i'm at a hotel anything else? |

| | |
|---|---|
| **DEF-ACCOUNT** | Hm more tits |
| **MV7** | okay |
| **DEF-ACCOUNT** | Rub them |
| **DEF-ACCOUNT** | Put your face in it |
| **DEF-ACCOUNT** | More |
| **DEF-ACCOUNT** | Now do an ass one but without your panties and bend over |
| **DEF-ACCOUNT** | Spread your ass though |
| **DEF-ACCOUNT** | You made me cum |

38. The defendant had live video calls with MV7. For example, on June 19, 2020, and June 20, 2020, the defendant had a conversation with MV7 wherein he ordered MV7 to "show me your tits" and then told her wanted live video of it.

| | |
|---|---|
| **DEF-ACCOUNT** | [MV7] |
| **MV7** | yes |
| **DEF-ACCOUNT** | Show me your tits. |
| **MV7** | okay |
| **MV7** | i'm at my family reunion so i have to hurry |
| **MV7** | in the bathroom |
| **DEF-ACCOUNT** | You keep making these fucking excuses. |
| **MV7** | it's not an excuse ? |
| **DEF-ACCOUNT** | More. |
| **MV7** | *[Sends a 4-second video of MV7 touching her exposed breasts]* |
| **MV7** | *[Sends a picture of MV7 in a bra. MV7's face is not visible, and the camera is focused on her breasts.]* |
| **MV7** | i took those just now |
| **DEF-ACCOUNT** | I wanted them live but okay. |
| **MV7** | i'm sorry but my grandma needed the bathroom |
| **DEF-ACCOUNT** | [redacted] |
| **MV7** | yes |
| **DEF-ACCOUNT** | Show me your tits. |
| **MV7** | alright. live video ? |
| **DEF-ACCOUNT** | Yes |
| **MV7** | okay:) |
| **DEF-ACCOUNT** | More |
| **DEF-ACCOUNT** | Now do a picture with your face in it stick out your tongue |
| **DEF-ACCOUNT** | You made me cum |

**MV8**

39. Between on or about July 27, 2020, and on or about September 12, 2020, the defendant sexually exploited MV8, who was 14 years old at the time.

40. For example, on August 30, 2020, the defendant sent the following messages to MV8:

| **DEF-ACCOUNT** | I want some tits |
|---|---|
| **DEF-ACCOUNT** | Haven't gotten any in a long time from you |
| **MV8** | oh idk if I could |
| **DEF-ACCOUNT** | Hm? |
| **MV8** | I'll try to take a couple of pictures |
| **MV8** | It's Bc I'm still in trouble yk |
| **DEF-ACCOUNT** | Okay thank you |
| **MV8** | Okay |
| **DEF-ACCOUNT** | Stick your tongue out |
| **MV8** | sorry I can't take more. |
| **DEF-ACCOUNT** | Now an ass pic bending over that's it |
| **DEF-ACCOUNT** | |
| **MV8** | idk if I can |
| **DEF-ACCOUNT** | Last one |
| **MV8** | okay |
| **DEF-ACCOUNT** | If you can |
| **DEF-ACCOUNT** | You made me cum |
| **MV8** | that's good to know |
| **DEF-ACCOUNT** | Am I the first guy you've ever sent nudes to? |
| **MV8** | yea |

41. On September 10, 2020, the defendant sent the following messages to MV8:

| **DEF-ACCOUNT** | Are you ready for your gynecology exam? |
|---|---|
| **MV8** | what is that |
| **DEF-ACCOUNT** | I'm obviously a certified gynecologist doctor with a PhD in gynecology. |
| **MV8** | rlly? |
| **DEF-ACCOUNT** | Yes for your gynecology exam I need you to spread your inner vaginal area open so I can check for infection or risk of infection |
| **MV8** | ahhhh |
| **DEF-ACCOUNT** | You have to |

| **MV8** | rlly? like fr? |
|---|---|
| **DEF-ACCOUNT** | Hes. |
| **DEF-ACCOUNT** | Yes. |
| **MV8** | oh damn |
| **DEF-ACCOUNT** | Right now |
| **MV8** | ig then |
| **DEF-ACCOUNT** | Where is it |
| **MV8** | oh okay hold up. |
| **DEF-ACCOUNT** | Okay |
| **MV8** | ima js take one Bc my mom gonna take my phone soon |
| **DEF-ACCOUNT** | When |
| **MV8** | Idkkkkk she js takes it n is like go to sleep |
| **DEF-ACCOUNT** | Sneak it |
| **MV8** | I can't she holds onto it |
| **DEF-ACCOUNT** | Beat her up then |
| **MV8** | I can't shes bigger |
| **DEF-ACCOUNT** | Let me make a report on my findings I'll be back soon |
| **MV8** | okay |
| **DEF-ACCOUNT** | Seems like everything checks out you're completely healthy |

**MV9**

42. Between on or about May 30, 2020, and on or about August 14, 2020, the defendant sexually exploited MV9, who was 13 years old at the time.

43. For example, on June 10 and 11, 2020, the defendant sent the following messages to MV9:

| **DEF-ACCOUNT** | Show me your pussy |
|---|---|
| **MV9** | Ok don't ss[4] tho |
| **DEF-ACCOUNT** | I won't. |
| **MV9** | Ok |
| **MV9** | I'm so insecure about my pussy |
| **MV9** | [*media not recovered*] |
| **MV9** | 🥺 |
| **DEF-ACCOUNT** | That's sexy |
| **DEF-ACCOUNT** | Show me your ass |

[4] "ss" is shorthand for "screenshot."

| | |
|---|---|
| **MV9** | I have to go in about 2 minutes king |
| **MV9** | Out of the bathroom |
| **DEF-ACCOUNT** | Okay more tits |
| **MV9** | Ok |
| **DEF-ACCOUNT** | Both |
| **MV9** | I have to leave the bathroom now |
| **MV9** | I'm leaving to my moms |
| **DEF-ACCOUNT** | You made me cum |
| **MV9** | I'll show u more once I get to my moms |
| **MV9** | If u want |
| **DEF-ACCOUNT** | Okay |
| **MV9** | When I get to my moms I'll show u 3 more tit pics |
| **MV9** | Ok |
| **DEF-ACCOUNT** | Okay |
| **MV9** | Ok |
| **DEF-ACCOUNT** | She has to die. |
| **MV9** | Who |
| **MV9** | Who |
| **DEF-ACCOUNT** | Your sister |
| **MV9** | Why |
| **MV9** | Why do u have to kill my sister [MV13] what did she do |
| **DEF-ACCOUNT** | She ignored my messages. |
| **MV9** | She's busy king |
| **MV9** | She told me to tell u |
| **DEF-ACCOUNT** | Sure she is. |
| **MV9** | She told me to tell u |
| **DEF-ACCOUNT** | Show me your tits. |
| **MV9** | Ok |
| **DEF-ACCOUNT** | Do better pictures than that |
| **MV9** | My phone is cracked so the pics are blurry |
| **DEF-ACCOUNT** | Keep going |

MV9 then sent the defendant the following screenshot of messages between her and MV13:



Can you tell him that I ca him that I can't today please

If you love me

ME
That u can't what

Take

ME
U tell him sissy don't be scared to tell him

The conversation between MV9 and the defendant continued as follows:

| | |
|---|---|
| **DEF-ACCOUNT** | Fine |
| **DEF-ACCOUNT** | Go get a brush for me |
| **MV9** | Ok |
| **DEF-ACCOUNT** | I want you to suck on it for me like you're sucking on my cock |
| **MV9** | Ok |
| **DEF-ACCOUNT** | But only use your head to make your mouth go up and down on it to do all the work not your hand |
| **MV9** | Ok |
| **DEF-ACCOUNT** | Good girl |
| **MV9** | Can I use my hands to hold it |
| **DEF-ACCOUNT** | Yes |
| **MV9** | Ok |
| **MV9** | King |
| **MV9** | I gotta clean out my storage it won't let me take a video |
| **DEF-ACCOUNT** | On snap |
| **MV9** | Yea |
| **DEF-ACCOUNT** | Send it in a snap video |
| **MV9** | It won't let me unless I clean my storage |
| **DEF-ACCOUNT** | Then hurry up. |
| **MV9** | Ok |
| **MV9** | It won't let me |
| **MV9** | I'm scared your gonna kill me cause it won't work |
| **MV9** | I'm trying it won't work |
| **MV9** | It won't video |

| | |
|---|---|
| **MV9** | I wanna cry |
| **DEF-ACCOUNT** | Sounds like a lie to me |
| **MV9** | No I'm not lying |
| **MV9** | I swear |
| **MV9** | It won't work |
| **DEF-ACCOUNT** | Take video like that |
| **MV9** | |
| **MV9** | Look I held it down |
| **MV9** | It won't work |
| **DEF-ACCOUNT** | Okay. |
| **MV9** | Do u believe me |
| **MV9** | I'm trying so hard |
| **MV9** | I so loyal and do what u say but it won't work |
| **DEF-ACCOUNT** | Okay. |
| **DEF-ACCOUNT** | Just show me your tits |
| **MV9** | Will u kill me |
| **DEF-ACCOUNT** | No |
| **MV9** | Ok |
| **DEF-ACCOUNT** | With your face again |
| **MV9** | Ok |
| **DEF-ACCOUNT** | You look like this girl I used to have a crush on her name was [redacted] |
| **MV9** | Oh |
| **DEF-ACCOUNT** | Show me your ass though |
| **MV9** | Without clothes |
| **DEF-ACCOUNT** | With your panties |
| **MV9** | Ok |
| **MV9** | [*sends multiple mirror selfies*] |
| **MV9** | Those were from yesterday |
| **DEF-ACCOUNT** | Now take it off very sexy |
| **MV9** | Take the panties off |
| **MV9** | ? |
| **MV9** | ?? |
| **DEF-ACCOUNT** | Yes |
| **MV9** | Ok |
| **MV9** | There |
| **DEF-ACCOUNT** | Show me your pussy too |
| **MV9** | Ok |
| **MV9** | My pussy is ugly ik |
| **MV9** | But |
| **DEF-ACCOUNT** | No it's sexy |
| **MV9** | It is |

| | |
|---|---|
| **DEF-ACCOUNT** | Show me your tits again with your face in it I'm going to cum |
| **MV9** | Is that good |
| **DEF-ACCOUNT** | You made me cum |

**MV10**

44. Between on or about May 29, 2020, and on or about June 3, 2020, the defendant sexually exploited MV10, who was 14 years old at the time.

45. For example, on May 28, 2020, the defendant sent the following messages to MV10:

| | |
|---|---|
| **DEF-ACCOUNT** | Send me an ass pic with your panties on for me |
| **DEF-ACCOUNT** | Let daddy see your pussy |
| **DEF-ACCOUNT** | Do you have a hair brush? |
| **MV10** | I do |
| **MV10** | you're gonna make me put it in me? |
| **MV10** | I love doing that daddy |
| **DEF-ACCOUNT** | Good I want you to get it suck on it like you're sucking on my cock use your head to do all the work not your hand |
| **MV10** | got it |
| **DEF-ACCOUNT** | I want you to do that for me after |
| **DEF-ACCOUNT** | Good girl |
| **MV10** | It's sending daddy |
| **MV10** | After they send do you want me to stick it in me? |
| **DEF-ACCOUNT** | Suck on it some more |
| **DEF-ACCOUNT** | Call me on here beautiful |
| **MV10** | Wym babe? |
| **DEF-ACCOUNT** | Call |
| **DEF-ACCOUNT** | You don't have to talk |
| **MV10** | I can't babe my brother is in the other room and he could walk in at any time |
| **DEF-ACCOUNT** | I'll be quick |
| **DEF-ACCOUNT** | Trust me |
| **MV10** | Okay babe do you want to call or video call? |

Approximately 7 minutes later, they exchanged the following messages:

| | |
|---|---|
| **MV10** | I hope you enjoyed |
| **DEF-ACCOUNT** | Trust me I did |

46. On May 30, 2020, the defendant sent MV10 the following messages:

| | |
|---|---|
| **DEF-ACCOUNT** | You're going to make daddy cum tonight. |
| **MV10** | Do you want me to make you cum daddy |
| **DEF-ACCOUNT** | I'm going to fuck you really hard one day. |
| **MV10** | oh you are? |
| **MV10** | You better |
| **MV10** | Make me your queen in real life |
| **DEF-ACCOUNT** | That's right beautiful |
| **DEF-ACCOUNT** | Bend over and spread your ass for me |
| **DEF-ACCOUNT** | I like that |

**MV11**

47. Between on or about June 14, 2020, and on or about September 12, 2020, the defendant sexually exploited MV11, who was 13 years old at the time.

48. For example, on August 27, 2020, the defendant sent the following messages to MV11:

| | |
|---|---|
| **DEF-ACCOUNT** | Now show daddy your tits. |
| **DEF-ACCOUNT** | Now. |
| **MV11** | No |
| **DEF-ACCOUNT** | It was a fucking meme. |
| **DEF-ACCOUNT** | Now do it or I'm taking your account then I'm going after your girlfriend. |
| **MV11** | OK I'm sorry hold on let me take the picture |
| **DEF-ACCOUNT** | Good girl. |
| **DEF-ACCOUNT** | Good girl |
| **DEF-ACCOUNT** | [*sends a picture of a female bent over at the waist with her buttocks and genitals exposed to the camera*] |
| **DEF-ACCOUNT** | Do a picture like that |
| **MV11** | I can try |
| **DEF-ACCOUNT** | Spread your ass too |
| **DEF-ACCOUNT** | Good girl. |

## MV12

49. Between on or about August 16, 2020, and on or about September 12, 2020, the defendant sexually exploited MV12, who was 15 years old at the time.

50. For example, on August 19, 2020, the defendant sent the following messages to MV12:

| | |
|---|---|
| **DEF-ACCOUNT** | Show me your tits |
| **DEF-ACCOUNT** | Squeeze them together |
| **DEF-ACCOUNT** | Let me see your ass |
| **DEF-ACCOUNT** | Without pants |
| **DEF-ACCOUNT** | *[sends screenshot of a Snapchat photo depicting a female bent over at the waist exposing her genitals. The female is holding a cell phone and taking a picture in the mirror.]* |
| **DEF-ACCOUNT** | Do it like that |
| **MV12** | I don't have a mirror that I can use at the moment |
| **DEF-ACCOUNT** | You don't need one |
| **MV12** | Okay |
| **DEF-ACCOUNT** | Without panties |
| **MV12** | But I- yes king |
| **DEF-ACCOUNT** | Good girl |
| **DEF-ACCOUNT** | Spread your legs some more |
| **DEF-ACCOUNT** | Spread your ass for me too |
| **DEF-ACCOUNT** | Good girl |
| **MV12** | Is that all king? |
| **DEF-ACCOUNT** | Do a tit one sticking out your tongue |
| **DEF-ACCOUNT** | Make your tits look bigger |
| **DEF-ACCOUNT** | Good girl |
| **MV12** | Is that all? |
| **DEF-ACCOUNT** | Yes |

51. On September 1, 2020, the defendant sent MV12 two videos of what appears to be a man being shot to death in a street.

52. On September 10, 2020, the defendant sent the following messages to MV12:

| | |
|---|---|
| **DEF-ACCOUNT** | Are you ready for your gynecology exam? |
| **MV12** | Ummm...? What do I have to do |

| | |
|---|---|
| **DEF-ACCOUNT** | You have to spread your inner vaginal area open so I can check for infection or etc |
| **MV12** | Ummm |
| **MV12** | That's a bit weird |
| **DEF-ACCOUNT** | It's okay I'm is certified gynecologist. |
| **MV12** | But I don't.... |
| **DEF-ACCOUNT** | It's okay again I have a PhD in gynecology. |
| **MV12** | It's weird |
| **DEF-ACCOUNT** | Do or |
| **DEF-ACCOUNT** | It |
| **DEF-ACCOUNT** | Your doctor demands it |
| **MV12** | What about your brother |
| **DEF-ACCOUNT** | He consents to it |
| **MV12** | Ugh okay |
| **DEF-ACCOUNT** | Okay do it |
| **MV12** | There |
| **DEF-ACCOUNT** | I'll have your report back soon |

**MV13**

53. Between on or about June 9, 2020, and on or about September 29, 2020, the defendant sexually exploited MV13, who was 14 years old at the time.

54. For example, on June 15, 2020, the defendant sent the following messages to MV13:

| | |
|---|---|
| **DEF-ACCOUNT** | [MV13]. |
| **MV13** | Yes king |
| **DEF-ACCOUNT** | I want to see your tits now. |
| **DEF-ACCOUNT** | I gave you enough time |
| **DEF-ACCOUNT** | You have two minutes to show me |
| **MV13** | King |
| **MV13** | I am crying |
| **DEF-ACCOUNT** | Show me if you're loyal. |
| **DEF-ACCOUNT** | Take it off and show me both of them |
| **DEF-ACCOUNT** | Both of your tits together |
| **DEF-ACCOUNT** | Hurry up |
| **MV13** | Ok I have go to I am says good bye to my dog like Rip to my dog |
| **DEF-ACCOUNT** | Your tits are sexy I want to suck on them |
| **DEF-ACCOUNT** | No |
| **MV13** | King please |

| | |
|---|---|
| **DEF-ACCOUNT** | Not yet |
| **MV13** | This so hard me |
| **DEF-ACCOUNT** | Relax |
| **MV13** | I can't |
| **DEF-ACCOUNT** | Take an ass pic with your panties on for me |
| **DEF-ACCOUNT** | Then you csn go |
| **DEF-ACCOUNT** | Can* |

55. On September 10, 2020, the defendant messaged MV13 and asked her, "Are you ready for your gynecology exam?"

**<u>The Defendant Knowingly Possessed Child Sexual Abuse Material</u>**

56. The defendant knowingly possessed child sexual abuse material on two cell phones – a Samsung cell phone and an LG cell phone – seized by law enforcement in July 2020 and October 2020 respectively.

57. Prince William County Police seized the defendant's Samsung cell phone on July 9, 2020, when they were called to a fight at Potomac Mills Mall. The defendant had enticed a minor girl over Snapchat to create and send him sexually explicit images and meet him in person. Unbeknownst to the defendant, the minor girl's father learned about the defendant's conduct and appeared at the mall instead of his daughter. The girl's father identified the defendant as the person who had been exploiting his daughter. After an altercation between the father and the defendant, police were called, and they took the father's statements along with the defendant's cell phone.

58. Subsequent forensic examination of the defendant's Samsung cell phone revealed images of MV2 performing oral sex on the defendant.

59. After his Samsung cell phone was seized by police, the defendant began using an LG cell phone. On October 1, 2020, Fairfax County Police arrested the defendant on charges of rape and sodomy of two minor girls in Fairfax County. With support from Prince William County Police, Fairfax County police also executed a search warrant at the defendant's residence in Prince

William County. They found his LG cell phone stashed underneath items in the defendant's bedroom closet.

60. Subsequent forensic examination of the LG cell phone revealed visual depictions of minors engaged in sexually explicit conduct, including MV4, MV8, and MV13. For example, the defendant screen recorded and saved a video of MV13 masturbating on a live Snapchat call.

61. In addition, the defendant recorded and stored on his cell phones a video and images of his sexual assaults of his two minor victims in Fairfax County. The images and video depict the minors engaged in sexually explicit conduct.

62. Recovered from the defendant's two phones were over 20 videos and 23 images of minors engaged in sexually explicit conduct.

63. The cell phones were manufactured outside of the Commonwealth of Virginia. And the defendant knew that the cell phones contained visual depictions of minors engaged in sexually explicit conduct.

64. As mentioned above, the defendant employed the Snapchat account DEF-ACCOUNT, which he had previously hacked and stolen from a minor girl, to sexually exploit and coerce his victims. The defendant was the sole user of this account during the relevant time periods. A search warrant executed on this account revealed 15 videos and 21 images of minors engaged in sexually explicit conduct.

* * * * *

65. This Statement of Facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

66. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Date: April 2, 2026

By: Lauren Halper
Assistant United States Attorney

AND

Alicia A. Bove
Trial Attorney
Child Exploitation and Obscenity Section, DOJ

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, MALACHI MORGAN THOMAS, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

MALACHI MORGAN THOMAS

I am Brittany Davidson, the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Brittany Davidson, Esq.
Attorney for MALACHI MORGAN THOMAS