# EXHIBIT 18

# Incident/Investigation Report

**Agency:** FCPD **Case Number:** 2020-2020013 **Date:** 4/23/2021 15:17:55

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 11/19/2020 14:42:51 | CRIME SCENE SUPPLEMENT | OBRIEN, S. |
| **Contact Name** | | **Supervising Officer** |
| | | MOORE, J. |

3241

CLEAR/DARK - STREET LIGHTS

## Supplement Notes

SEARCH WARRANT
CSS LEAD
2020-2020013 and 2020-2410113

On October 1, 2020, Lt. A Smuck requested this detective to responded to the Prince William Central District Station, located at 5036 Davis Ford Road, for a search warrant briefing. This detective responded to the Sacred Heart Catholic Church, located at 12975 Purcell Road, to stage while Prince William Police Department secured the residence. Detective C O`Malley was the lead MCB detective assigned to this incident. This detective was provided with the following information:
-The suspect used Snapchat to coerce victims to meet him and then performed sexual acts with him.

This detective arrived on scene of [redacted], in Woodbridge, at approximately 0630 hours. The search warrant was executed by Detective Stevens, Prince William County Police Department, at approximately 0640 hours. The search warrant was for electronic devices, records and documents (to include photos/drawings), clothing, videos, and masks. See the search warrant for further details.

POLICE PERSONNEL ON SCENE:
Fairfax County Police Department Detectives: C O`Malley, S Craddock, K Coligan, J Steier, J Friedman, S Anderton, SL O`Brien, R McCoy (K9 Browser), K Wears, Khan, B Allbritton and Lt. D Spital

Prince William County Police Department Detectives and Officers: A Stevens, S Bronisz, Sgt. M McCormick, A Sans-Guerrero, J Gillich, J Conway, D Yung and a uniformed Patrol Officer (Unknown Name)

SUSPECT:
Thomas, Malachi**B/M**DOB: [redacted]/01
[redacted]
Woodbridge, Va. 22193
[redacted]

Residence to be searched: [redacted] was a townhouse located in Woodbridge, in the confines of Prince William County. The townhouse consisted of three levels: main level, second level and basement. A bedroom was located on the east side of the basement. The room was set up with two beds and consisted of other bedroom furnishings. A bathroom was in the center of the south wall. The laundry room was in the northwest corner. A second bedroom was in the southwest corner. The stairwell was in the center of the north wall between the first bedroom and a closet (east of the laundry room). Nothing of value was identified on the basement level.

# Incident/Investigation Report

**Agency:** FCPD **Case Number:** 2020-2020013 **Date:** 4/23/2021 15:17:55

The main level had a kitchen located in the southeast corner. The threshold was located along the kitchen north wall. A window was located along the kitchen east wall. The dining room was located in the northeast corner of the main level. A deck was located off the back of the townhouse with access through the dining room east wall (sliding glass door). The threshold to the kitchen was located off the dining room south wall. The threshold to the rest of the main level was located along the dining room west wall in the south corner. The living room was located in the southwest corner of the main level. Two windows were located off the living room west wall (bumped out). A half bathroom was located along the north wall in the west corner. The front door was along the west wall, south of the bathroom. A closet was located along the north wall, east of the bathroom. The split stairwell was located along the north wall between the closet and the dining room. The west stairs went up and the east stairs went down. Nothing of value was identified on the main level.

A bedroom (#1) was located on the east side of the second level. Two windows were along the east wall. A closet was located along the south wall in the east corner. The closet door was along the bedroom south wall and opened into the closet from right to left. The closet had shoe boxes stacked up along the closet east wall. A shoe box with a pair of "adidas" sneakers (2) and a shoe box with a pair of "Jordan`s" sneakers were recovered in boxes along that stack. A closet rod ran east to west along the closet south wall. A pair of black pants (8) were hung in the center of the rod across from the doorway. A plastic tub was on the floor below the pants. A "Van`s" t-shirt (4) was inside the tub below the pants. A green bag was on the floor on the west side of the tub. Two masks (6/7) were found inside the bag. Stacks of shoeboxes lined the closet west wall. A mask (5) was on the floor near the southwest shoe box. A phone (11) was on the floor underneath the north shoebox. A plastic tub was in the closet northwest corner. A pair of pants (3) were found on the floor near the doorway and the plastic tub the "Vans" t-shirt was found in. A pair of "adidas" sneakers (loose -10) were found on the floor west of the pants.

A cube shelf was along the south wall of bedroom #1, west of the closet door. The doorway to the bathroom was in the southwest corner of bedroom #1. The door opened into the bathroom from left to right. The bedroom doorway from the hallway was located along bedroom #1`s west wall. The door opened into the room from left to right. The room had no lights, carpeted floor and was sparsely furnished. Items were observed on the floor to include a blanket balled up in the northeast corner of the room. A laptop (1) was observed on the floor near the north side of the blanket.

Bedroom #2 was located along the west side of the second level. The bedroom door was located along the east wall of bedroom #2. The door opened into the room from left to right. An additional door was located along the east wall south of the bedroom door. The door lead to the shared full bathroom. The door opened into the bathroom from left to right. A set of double closet doors were located along the north wall of bedroom #2 in the west corner. The doors were both observed open by this detective. Three windows were along the west wall. The head of the bed was blocking the middle window. Nothing of value was recovered from bedroom #2.

The shared full bathroom was located along the south wall between bedroom #1 and bedroom #2. The bathtub was along the north wall in the west corner. The curtain was pushed to the east side. A toilet was along the north wall in the east corner. The center of the east wall was angled with the doorway to bedroom #1. The double sink was along the south wall. A small closet was along the south wall in the west corner. The door was closed. A doorway was located in the center of the west wall leading to bedroom #2. The east bathroom door was found open and the west bathroom door was found closed. The ceiling light was found on. Nothing of value was recovered from the bathroom.

The stairs leading down to the main level were located in the center of the second level north wall between bedroom #1 and #2. The hallway between bedroom #1 and #2 were south of the stairs and railing. An attic entrance was on the east side of the hallway. The attic had nothing of value located.

Outdoor Climate / Lighting: Approximately 55 degrees (F) and Dusk
Indoor Climate / Lighting: Sufficient lighting in most rooms. Bedroom #1 was dark with both window blinds down. The temperature was comfortable.
Odors: An odor of marijuana was observed in the basement near the bedroom by the laundry room.
Ambient Noise: Nothing unusual observed
Levels: Three
General Appearance: The common areas observed were orderly
Rodent / Insect Activity: Nothing observed
Heavy Drug / Alcoholic Abuse: Nothing seen, but an odor was observed

# Incident/Investigation Report

**Agency:** FCPD **Case Number:** 2020-2020013 **Date:** 4/23/2021 15:17:55

Safety Hazards: Nothing observed

EVIDENCE COLLECTION:
Detective O`Malley advised which items below belonged to which cases. See below for items collected and which case they belong to.

2020-2020013-
Item 1 (1361505): HP silver laptop computer (Bedroom #1 northeast corner of floor)
**SN#5CG927280J, power cord collected (not plugged in at the scene), model#14-DK0028WM (off at scene)
Item 5 (1366169): Black ski mask/hoody (bedroom #1 closet)-"Autobahn Indoor Speedway and Events III"
Item 6 (1366170): Black ski mask/hoody (bedroom #1 closet green bag)-"Autobahn Indoor Speedway and Events III" (Inside out)
Item 10 (1366171): "adidas" sneakers (bedroom #1 closet-loose)-Red, blue and white stripped high-top sneakers, US10, both tied "Top 3" dirty and stained

2020-2410113-
Item 2 (1366428): Shoebox with white high-top sneakers with black and red strips (Bedroom #1 closet) -"adidas" strips on sides, "Top 5" on the heel and US 9.5
Item 3A (1366425): Jeans (Bedroom #1 closet)
-"American Eagle" Ne(x)t level airflex size 33x30US jeans. The jeans were unzipped and unbuttoned. The jeans had defects which appeared to be designs on the front and back (pockets). The left leg was cuffed at the bottom.
Item 3B (1366426): Receipt (front right pocket of jeans)
-9/30/2020 McDonald`s receipt for 13698 Mapledale Ave in Dale City, Va. (Visa used)
Item 3C (1366427): Wallet and contents (rear right jeans)
-"Gucci" made in Italy dark wallet with "Wells Fargo" credit card for Malachi M Thomas #[redacted]-9661, Military ID #[redacted] for Malachi M Thomas and a Walmart key #66
Item 4 (1366424): "Van`s" t-shirt (bedroom #1 crate in closet)
-Small black t-shirt with a ripped front collar with lint on the front and back
Item 7 (1366423): Medical mask (green bag bedroom #1 closet-Blue and white mask with elastic. The mask was stained, and hairs were present
Item 8 (1366422): Black jeans (bedroom #1 closet)
-Unzipped, unbuttoned black "American Eagle" jeans Ne(x)t Level Flex size 33x32 US, faded white in spots on the front, defects which appeared to be designs on the front and both pants legs were cuffed at the bottom.
Item 9 (1366421): Shoebox containing black Jordan high-top sneakers (bedroom #1 closet)-size US10, Jordan 6 Rings, Air Jordan`s
** Item 1 was transported to the Property Room on October 2, 2020 and relinquished to Evidence Technician C DeBruhl. On October 28, 2020, items 2-10 were transported to the afterhours evidence hold for the Property Room. The items were secured in lockers 7 and 10.

**The phone (11) was turned over to Detective Friedman at the scene.
Item 11 (1363752): Black LG smartphone SN#IMEI#354547111628592 (under four boxes along closet west wall) the phone was powered "ON"
PHOTOGRAPHY:
The search warrant was photographed by Detective Anderton. The original and two copies were relinquished to this detective. The evidence was photographed using a D-800 Nikon SLR digital camera. The images were downloaded to DVD. The originals were placed on file in the Record Room. Copies were relinquished to Detective O`Malley. Additional copies were placed in this detective`s case file.
DIAGRAM:
Rough sketches were completed of the scene noting items of evidence. The sketches will be retained in this detective`s case file.

NOTHING FURTHER WAS DONE AT THIS TIME BY THIS DETECTIVE. INFO COPIES WERE FORWARDED TO DETECTIVE O`MALLEY AND PLACED IN THIS DETECTIVES CASE FILE.