# EXHIBIT 19

Status: Recipient Read

Hey Malachi. Sorry I haven't been able to pick up lately. You can try calling back whenever. I'll be driving for a long time today.

# Intro

Reference #: 285,234,419
From: MALACHI THOMAS (Inmate: 30000180)
To: [redacted]
Sent: 03/02/2026 7:17 PM
Status: Pending Review
Flagged: [1] Found 'drop' in message. [2] Found 'sex' in message. [3] Found 'detective' in message. [4] Found 'case' in message.

Good afternoon, ma'ams. All of my recordings are authentic and official. As you can see you are in a bad situation. For the last ten days I've been preparing a vicious operation against you two and others. You've only seen the surface of what I possess. Perhaps you don't understand you're predicament. There isn't much you two or anyone else involved in this operation can offer me. I already have money. I already have manpower and servitude. This is not meant to be a threat. What I am doing is only a spectacle or show. A show of a small amount of my power. It is my goal to bring justice. And to bring you down to a point of humility. You need to become humble and I will be the one to make you humble. Let me help you both understand your situations. There is currently a federal case pending. You both should obviously comprehend that. They're doing investigations on all of you. They just lack a bit of key information to fit their puzzle. What I have should be enough to secure a conviction of all of you for the government. You both have a little daughter. (No, I am not making aggression against your children. That would be wild). Where shall the two children go without you two? As mothers you have a responsibility to your children. As mothers you must put them before you. But knowing you two, you'll select your own pride and "happiness" beyond that of your children. And the loss of your children shall be the price of such pride. By no means is that my wish, it will be done by your own actions not mine. There are consequences for the way you treat people. For too long have you two felt like you were princesses or some kind of nobility. Instead, you are both a bit like mice or ants. Like the mice, you're in a maze controlled by a scientist. You two, like the mice, believe you can go up, down, right or left. In reality this is untrue. The maze is not controlled by either of you. I've planned for every thing you could possibly do. And in most scenarios your destruction is done because of your own hands. I have the course of your actions and predictions for their outcomes. Your actions are quite limited.
SCENARIO ONE: THE POLICE Let's say you "run to the police": This is what would happens. 1 - they're already

building a case on most of you dumb bitches. 2 - the police are not your friends. They're goal is to build cases. Not stop them. But let me carry on. You'll report this situation to the police (I actually want you to do this I'll explain why later). Next the police will summon an investigator or detective to speak with you. He/she will have you sign a waiver of your rights to discuss all of this without attorney. You'll be under the belief, like the imbecile you are, that these individuals will somehow help you. The whole time due to their suspicious minds they'll feel that you're attempting to cover your ass with lies (which they'll be right about). With every lie you say in your defense will be used against you in the future court room. Even if you end up snitching on Munir, now the feds will look at your words as non-credible and your testimony will be rejected in the future. All you'll do is dig your own grave. Again, as I said earlier. I want you to do this. And this is why.... When you report all of this to the feds they'll come to speak with me. On my paperwork it'll look as if you all snitched on me AND MUNIR! And the next thing will be that I'm offered some kind of deal for assisting the government. At that moment I'll drop the rest of everything I hold up my sleeve. Including all of what I know. The only outcome of running to the police is your complete obliteration and destruction. It'll only help the federal case and speed up indictments. This is only if I decide not to report the stuff involving your children. I might be kind enough not to do so. I think you can see where everything in my plan comes together. Need I say much else???
SECOND SCENARIO Now for the second scenario. Let's say you two just decide to ignore my messages, block me or buck on me in general. WELL GUESS WHAT. The turnout of events will be quite similar as the first scenario. But in this case I'll probably be a lot more mean with my methods. Why? Because now I've been disrespected not only once BUT TWICE! No ma'am, I cannot stand for that. This time I'll be dropping everything I have on the F BI. So what else do I have? Do you think I'm an idiot like you two? Or some kind of bad guy on a movie who reveals his whole hand? Of course I have more shit. You ignorant fools. I have pictures, screenshots, voice recordings and even four witnesses! Yes, that's right "Princess" Jasmine and Mullan. Do you think I'd been preparing for war just to drop a little load on you both? Of course not! This is total warfare. I intend to wipe you out entirely with no quarter and no surrender. So in this scenario I'll be getting CPS involved. It may be best to take these innocent children out of your abusive, evil and sick households. Unfortunately, your children are not able to testify on you both about the abuse. Therefore CPS will have to conduct a investigation and they'll have to do observation custody over your babies (meaning they'll take your daughters under state control for quite a while). I'd hate for it to come to this. But I also see them building a pedo case against you two as well. Especially because you both have been working together abusing these children. I almost forgot about your sister, Muna. Tell her I have evidence of the fourteen year old boy she was having sex with. Photos and testimony. Please. PLEASE. TEST MY GANGSTA! I'M ITCHING TO BRING SOME SHIT TO LIGHT!!! Anyway... I'll leave the other actions of yours to interpretation and imagination. You must be wondering, "why is he doing this". The answer is a bit complicated. I stand for true justice and moral retribution. Plus, for obvious

reasons, I don't like you two very much. You two aren't the only ones feeling the fury of La Santa Muerte. There are others. But... It isn't too late for friendship. None of this would be happening now if you two chose to go the route of being friends instead of siding with my enemies. I am willing to make peace if you two are willing to enter into discussions. But, I must warn. I am a emperor. A king. Lmao. I will be treated with respect and I'll treat you two with the same. The moment I'm treated with disrespect there will be no peace.

[redacted]