# EXHIBIT 22

[redacted]

I apologize from the bottom of my heart for everything I've done it was my fault for making you feel the way you did and I'm sorry for it I have a very sick single mother I ~~have~~ have to take care of with two little brothers I have to love and care for without me I don't think they can stay strong they need me I'm not trying to make you pity me but I'm asking for just one more chance at life if not for me then for them. I apologize for my bad writing I've been crying while writing this Please forgive me.

[redacted], I'm sorry for all the horribe
thing's I've done to you I'm crying
while I write this ~~please~~ please
forgive me and I know my hand
writing is very bad right now because
I'm literally balling my eyes out for
your forgiveness if you want me dead
I understand if you want me to
suffer I also understand completely
I was going through my mother
dying and suffering and I just
needed someone to love me for
who I was I wanted a chance to
feel how everyone else did
Please have mercy on me

[redacted]