# EXHIBIT 1

**Jeffrey Aaron, Ph.D.**
Clinical & Forensic Psychologist
700 Harris Street, Suite 201B
Charlottesville, VA 22903
(434) 295-0119

# ADOLESCENT DEVELOPMENT & RECIDIVISM IN ADOLESCENTS WHO SEXUALLY OFFEND: OVERVIEW

## NATURE OF REPORT

This report was generated in response to a request from Malachi Thomas' legal counsel from the Office of the Federal Public Defender. It is not based on an evaluation of Mr. Thomas but rather outlines scientific findings related to the topics of adolescent development and recidivism in adolescents who sexually offend. Conclusions offered are about general group-level findings, and do not predict individual outcomes. I am not offering a conclusion about the degree to which they specifically apply to Mr. Thomas, other than acknowledging the fact that he was 18 years of age at the time of the offenses and thus an adolescent. Factors other than Mr. Thomas' adolescent developmental status are undoubtedly relevant to a comprehensive understanding of him, his behavior, and his risk status.

## ISSUE 1: THE RELATIONSHIP BETWEEN ADOLESCENT DEVELOPMENTAL STATUS AND BEHAVIOR

***Overview***: For the purposes of this review, the terms "adolescent" and "adolescence" are used to reflect a psychological and physiological developmental stage of life, generally thought of as encompassing the period of puberty through the late teens to early twenties, rather than ending at the legal demarcation of adulthood at age 18. That distinction reflects the fact that research, as will be elaborated, shows that the functioning of older adolescents is in many ways more akin to that of younger adolescents than adults.

A large body of psychological and medical research[1] describes the ways that adolescent developmental status influences behavior in adolescence. That research finds adolescents as a group to be more impulsive and more focused on the here-and-now, and to be less inclined to consider others' perspectives or to consider the future in their decision-making – deficits that are most apparent when adolescents are in states of emotional activation (i.e., when they are actively experiencing emotions, whether they be positively or negatively valenced).[2] It further finds that as a group, adolescents tend to exhibit deficits in judgment and planning when compared with adults. As compared with adults, adolescents' social and emotional functioning is characterized by deficits in maturity and tendencies to be more strongly influenced by immediate, situational

[1] See, for example, Steinberg, L (2013). The influence of neuroscience in the U.S. Supreme Court decisions involving adolescents' criminal culpability. *Nature Reviews Neuroscience*, 14, 513-518.
[2] Such emotional states could include anger, fear, distress, excitement, anticipation of something strongly desired, etc.

factors. Adolescents are also found to be significantly more likely to act impulsively and with less regard for consequences, to respond based in the emotions of the moment with less tempering by logical thought, and to be more likely to engage in risk-taking and sensation-seeking behaviors.

Importantly, these deficits exist even in older adolescents despite the fact that when they are in situations of low emotional activation or arousal their cognitive capacities are, at least in many ways, similar to those of adults. Thus, older adolescents who demonstrate the ability to think, reason, and problem-solve in more adult-like ways regularly fail to apply that presumed ability in real-world circumstances. In other words, the same adolescent who is well able to think abstractly about future consequences and the impact of behavior on others when in a calm and low-activation state might simply be unable to exercise those same cognitive skills when in a situation in which immediate desires and emotions are activated. This finding of the common failure of adolescents to do what they seem capable of has been understood as a function of genuine capacity rather than simply a matter of volition or choice because of the consistent findings of differences between older adolescents and adults, and supporting evidence from research on brain development.

The findings, and our consequent understanding of adolescence, come from many decades of widely accepted research that is both observational (e.g., assessing broad group differences in functioning) and experimental (e.g., exploring differences in functioning in laboratory settings). That research focused on observable differences between adolescents and adults. It found that, as a group, adolescents' thinking, reasoning, decision-making, and resulting behavior was reliably different than that of adults. However, this research addressed outputs that could be directly measured rather than underlying mechanisms, or reasons, for these differences. That research has now been supplemented by neurobiological research findings, made possible by advances in brain imaging technologies, which find adolescents, as a group, to have brains that are less developed than the brains of adults. Moreover, the specific brain development findings are consistent with what would be expected given the observed differences between adolescents and adults (i.e., the brain regions that are associated with functioning in the areas of observed difference are the regions that are still developing in adolescence). Thus, this research supports the idea that adolescent/adult functional differences are a result of brain-based capacities that are emerging but still limited.

The above was prominently cited in a series of decisions by the Supreme Court of the United States about culpability for serious criminal acts committed when under the age of 18,[1] and some states, recognizing that the research does not support a line of demarcation at 18, have applied these findings more broadly to limit or prohibit certain high-end punishments for young people over the age of 18.

***Impulsive and Reactive Behavior***: Research has consistently demonstrated that adolescents act in ways that reflect decreased thinking, planning, and reasoning as compared with adults. This observed difference is consistent with brain research that shows that the prefrontal cortex (PFC), which governs what are referred to as the "executive functions" of the brain and regulates

---

[1] See, e.g., Roper v. Simmons, 543 US 551 (2002); Graham v. Florida, 560 US 48 (2010); Miller v. Alabama, 1567 US 460 (2012); Montgomery v. Louisiana 577 US 190 (2016).

abilities such as planning, judgment, and impulse control, continues development throughout the teen years. In adolescence and into emerging adulthood, brain changes involve pruning of neuronal connections and improved myelinization of axons, which are associated with increases in both capacity and efficiency of cognitive processes. Improved connectivity within the PFC and between the PFC and other brain regions is associated with increases in ability to process complex and emotionally laden information, to think quickly and efficiently, and to integrate emotional and cognitive processes. Thus, adolescents are developing abilities to problem-solve in real-world contexts, manage the influences of emotion on thinking, recognize rather than simply act on impulses, and take interpersonal and temporal perspective, but the brain systems that enable them to do these things efficiently or well are still developing, limiting capacities especially in situations involving emotional activation.

Importantly, these brain regions do not reach full maturation until the mid-twenties, and the gradual development of these cognitive controls contrasts with relatively rapid development earlier in adolescence of brain regions responsible for emotional activation, sensation-seeking, and risk-taking behaviors. The differing pace and timing of development in these brain systems leads adolescents to be particularly likely to engage in reactive, impulsive, and even reckless behaviors, especially when emotionally activated.

***Increased Influence from Immediate Emotional State***: A corollary of poorer functioning of the PFC (i.e., decreased capacity to plan, problem-solve, and exercise judgment) is that other motivators for behavior will necessarily exert greater influence. Brain systems involving the perception of pleasure and motivating sensation-seeking (including systems involving the neurotransmitter dopamine) are developing rapidly and peak in the late teen years before decreasing in influence. At the same time, systems responsible for moderating behavior related to these impulses are developing more slowly, peaking in the mid-twenties. A result is that the combination of increased sensation-seeking and decreased cognitive controls creates particularly heightened influence of immediate emotions and desires.[1, 2] In other words, not only are adolescents prone to be more influenced by strong emotions, but their emotions are particularly likely to be intense.

***Focus on Immediate Outcomes***: Research on brain development has likewise been consistent with observational and experimental findings that adolescents significantly over-weight immediate outcomes (both seeking those that are pleasurable and escaping those that are aversive) and fail to appreciate longer term consequences. Again, these differences are observed not only in younger adolescents who may have limited cognitive capacity even in states of low emotional activation, but also in older adolescents who do have the ability to think and reason in more adult-like ways, but show decreased access to such capacities when in emotionally aroused states.[3]

---

[1] Cohen et al. (2016). When is an adolescent an adult? Assessing cognitive control in emotional and nonemotional contexts, *Psychological Science*, 27, 549, 569-560.
[2] Steinberg et al., (2018). Around the world, adolescence is a time of heightened sensation seeking and immature self-regulation. *Developmental Science*, 21.
[3] Cohen et al., 2016.

***Poor Interpersonal Perspective***: Considering events from the perspective of other people requires both basic reasoning capacities and the ability to separate that cognitive task from its emotional context when the perceiver is operating from a state of emotional involvement. Since adolescents' thinking is heavily influenced by emotional state, the more activated a young person is, the more interference that individual will likely experience. Adverse early experiences, including family influences, have been shown to have a lasting, if potentially reversible, impact on general functioning, risk-taking behaviors, legal involvement, and thinking/reasoning capacities,[1] all of which are relevant to understanding perspective-taking ability. Research clearly demonstrates that children who have stressful or traumatic experiences demonstrate more difficulties with behavior and emotion regulation, have more psychological and psychiatric problems, and are at greater risk for a range of adverse outcomes, and that there is a correlation between the number of adverse experiences and the likelihood of such outcomes.

***Increased Influence from External Factors***: Extending the discussion of perspective-taking, adolescents are both ensconced within their environments (i.e., they have less ability to extricate themselves from harmful or maladaptive situations) and influenced by them, as they are in the process of exploration and development of identity. These attributes can be especially potent with regard to family influences. Absent parents or problematic parenting, violence or other stressors within the family, and general adversity all can have especially strong impacts on a young person in the developmental period. Such influences include not only those that are present in close temporal proximity to the events they influence (e.g., recent violence exposure or conflict, an individual who is immediately present), but also those that are more remote. Younger children develop new skills as they age, such as the ability to regulate emotions, delay gratification, engage in age-appropriate social interactions, and external factors influence their development. When supports are present, children's development of more basic skills enables the further acquisition of later ones. However, the absence of supports can not only impact immediate development but have reverberating effects, including in the later development of social skills, behavioral controls, and emotional functioning.

***Personality is in Development***: Axiomatically, developing young people are not who they will become as adults. Adolescence is a time of transition, exploration, and use of both internal and external feedback to not merely modify behavior but also to develop a sense of identity. As will be elaborated below, this aspect of adolescent instability and lack of formed identity is not only true for normally developing adolescents, it is also true for adolescents who are engaging in serious rule violations. Thus, behavior in adolescence is not reasonably thought of as a reliable indicator of subsequent adult functioning even when behavior is markedly atypical and off course. Reflecting that reality, the psychiatric diagnostic classification system does not even permit a diagnosis of Antisocial Personality Disorder before the age of 18 due to the likelihood that factors other than personality are exerting a strong influence on behavior.[2] Further, mental health clinicians generally do not diagnose other personality disorders in adolescents for the same reasons.

---

[1] Insel et al. (2022). White paper on the science of late adolescence: A guide for judges, attorneys, and policy makers. *Center for Law, Brain, & Behavior*, Harvard Medical School.
[2] American Psychiatric Association (2022). *Diagnostic & Statistical Manual of Mental Disorders, Fifth Edition, Text Revision*. Washington DC.

***Influence of the "Maturity Gap"***: The difference observed in older adolescents between functioning and theoretical (i.e., ideal) cognitive capacity are understood not as a matter of volition but rather as a genuine class difference between older adolescents and adults. The finding that adolescents reach adult-like levels of cognitive capacity in many areas does not mean that they have the ability to apply these capacities in many situations – particularly those in which they are emotionally activated. In fact, a consistent finding is that older adolescents act in ways that are more consistent with younger adolescents than adults despite having greater underlying cognitive capacity.[1] Their access to those abilities varies with the emotional demands of the situation, and mature functioning, appearing later in the developmental process, involves both the underlying capacity and access to it when it matters.

***Implications***: Taken together, these developmentally-linked deficits and limitations have been seen as supporting conclusions that (a) adolescent offenders have less relative culpability as compared with similarly offending adults, (b) offending behavior in adolescents is substantially less likely to be either a function of a formed, stable personality or indicative of long-term outcomes, and (c) adolescents – *even those with serious offending* – have a greater potential for rehabilitation, particularly with age-appropriate interventions.

## ISSUE 2: RESEARCH ON RECIDIVISM IN INDIVIDUALS WHO OFFEND SEXUALLY IN ADOLESCENCE

***Overview***: In contrast to popular belief, youth who sexually re-offend are relatively unlikely to sexually re-offend. As with the scientific literature cited above, this statement does not mean that any particular adolescent is more or less likely to re-offend, but is a statement about reoffending rates *in general*.

***General Offending Recidivism***: Before addressing sexual reoffending, it is useful to review what is known about adolescent offenders more generally, since adolescents who sexually offend commonly function much like general adolescent offenders in that their behaviors reflect the failure to manage impulses which are expressed in ways that include, but are not limited to sexual behaviors. To illustrate, as compared with adults who sexually offend, adolescent sexual offenders are less likely to have paraphilic disorders.[2,3]

Research on reoffending for adolescent offenders in general has consistently demonstrated that, while most youth with at least one serious offense have additional offenses, offending shows a strong tendency toward dissipation as adolescents move into adulthood. Most broadly, the well-known age-crime curve, as documented in official US crime records (e.g., Federal Bureau of Investigation, Bureau of Justice Statistics, National Institute of Justice) makes it clear that people become markedly less likely to engage in criminal offending as they move past their early

---

[1] Icenogle et. al. (2019). Adolescents' cognitive capacity reaches adult-like levels prior to their psychosocial maturity: evidence for a "maturity gap: in a multinational, cross-sectional sample. *Law & Human Behavior*, 334, 3-38.

[2] Faniff, A. et al. (2016). Risk and outcomes: Are adolescents charged with sex offenses different from other adolescent offenders? *Journal of Youth & Adolescence*, 46, 1394-1423.

[3] Ryan, E. (2012). Juvenile sexual offending and psychopathology. In E. Ryan, J. Hunter, & D. Murrie: *Juvenile sex offenders: A guide to evaluation and treatment for mental health professionals*. Oxford University Press, New York.

twenties,[1] which not incidentally matches other measures of change in risk-taking behaviors and their consequences (e.g., motor vehicle crashes) and empirical research (e.g., lab studies assessing the role of age in risky behavior).[2]

Research addressing the persistence in – or desistance from – delinquent and criminal behavior beginning in adolescents typically evaluates youth who have been identified as engaging in offending behaviors in their teen years and follows them longitudinally to determine whether similar behavior continues into adulthood. This research has consistently found that the overwhelming majority of even serious youth offenders do not go on to continue serious offending into their adulthood. In one large-scale long term study that followed youth in multiple US localities and used multiple methods to track offending (i.e., combining official records and self-report, conducting regular follow-up analyses), findings were consistent with earlier research that only about one in ten youth who had committed a serious offense in mid-adolescence was showing persisting serious offending in adulthood, and that only about one in four showed either persisting moderate or serious offending.[3]

***<u>Sexual Offending Recidivism</u>***:

Some prior formulations influencing perception and policy were based on the fact that many adults who sexually offend report a history of engaging in sexual offending in their youth; however, the conclusion that most youth who sexually offend will go on to sexually offend as adults does not follow from that observation. In fact, the opposite is true: most youth who sexually offend as teens do not go on to sexually offend in their adulthood.

Research supporting this conclusion highlights that not only are sexual recidivism rates low for youth sexual offenders, but that reoffending, when it occurs, is significantly more likely to be nonsexual than sexual. Supporting this conclusion, meta-analyses of sexual recidivism studies involving youth offenders have found sexual recidivism rates to be quite low, ranging from 7-13%. Rates of nonsexual nonviolent and nonsexual violent recidivism were higher and are also shown in the following table:

---

[1] Sweeten, G., Piquero, A.R., & Steinberg, L. (2013. Age and the explanation of crime, revisited. *Journal of Youth & adolescence*, 42, 921-938.
[2] Scott, Bonnie, & Steinberg (2016). Young adulthood as a transitional legal category: Science, social change, and justice policy. *Fordham Law Review*, 85.
[3] Mulvey, E. (2011). Highlights from Pathways to Desistance: A longitudinal study of serious adolescent offenders. *Office of Juvenile Justice & Delinquency Prevention Bulletin Fact Sheet.*

| Author; Date of meta-analysis | Number of Studies; Total number of youth | Average period of follow-up | Rate of Recidivism: Sexual | Rate of Recidivism: nonsexual, nonviolent* | Rate of Recidivism: nonsexual; violent* |
|---|---|---|---|---|---|
| Reitzel & Carbonell, 2006[1] | 9 studies; 2986 youth | 9 months | 13% | 25% | 19% |
| Caldwell, 2010[2] | 63 studies; 11,219 youth | 9 months | 7% | 43% (violent /nonviolent not distinguished) | |
| Lussier, et al., 2024[3] | 158 studies; 30,396 youth | Not specified | 8% | 44% | 18% |

** Note: The findings of higher rates of nonsexual recidivism should not be compared with the findings related to life course persistence in general offending described above, since the data from the table identifies any recidivism, whereas the life-course findings acknowledge that some re-offending is common in the short-term for serious adolescent offenders but that such behavior typically tapers moving into adulthood.*

---------------

***Implications***: These findings highlight that sexual re-offending risk is relatively low for youth with sexual offending histories in general, although as noted above this finding is a general statement about adolescent sexual offenders and a conclusion of relatively low risk may or may not be appropriate in any specific case.

Overall, however, the suggested conclusion is that for adolescent sexual offenders in general, sexual offending is more likely to be a result of a temporary set of behaviors that includes adolescent developmental status than it is to be something that should be expected to continue, particularly when appropriate interventions occur.

I hope this information is helpful. Please do not hesitate to contact me if I can provide further information.

Jeffrey Aaron, Ph.D.
Clinical Psychologist

8/14/26
Date

[1] Reitzel, L. & Carbonell, J. (2006). The effectiveness of sexual offender treatment for juveniles as measured by recidivism: A meta-analysis. *Sexual Abuse*, 18.
[2] Caldwell, M. (2010). Study characteristics and recidivism base rates in juvenile sex offender recidivism. *International Journal of Offender Therapy*, 54, 197-212.
[3] Lussier, P et al. (2024). A meta-analysis of trends in general, sexual ad violent recidivism among youth with histories of sex offending. *Trauma, Violence & Abuse*, 25, 54-72.