# EXHIBIT 2

Outlook

**Malachi Thomas - Character Letter**

**From** Thais Sebastien <[redacted]>
**Date** Thu 9/17/2026 2:13 PM
**To** Ellen Shultz <Ellen_Shultz@fd.org>

You don't often get email from thais.sebastien@gmail.com. Learn why this is important

Dr. Judge Nachmanoff,

I am writing this letter in support of my younger cousin, Malachi Thomas. As his older cousin, I have had the opportunity to watch him grow throughout his life, and I feel it is important to share my perspective on the person I know him to be.

I understand that Malachi is currently serving a sentence, and I recognize that he must be accountable for the decisions that brought him to this point. I am not writing to excuse his actions or minimize the seriousness of what happened. I am writing because I believe that one chapter of a person's life should not define the entirety of who they are or who they can become.

As his cousin, I have known Malachi as a young man who is caring, respectful, hardworking, protector of his family, generous and determined. He has always been someone who has had people in his life who care deeply about him, and his family continues to believe in his ability to learn, grow, and make better choices.

Seeing my younger cousin go through this experience has been difficult for our family. At the same time, I believe that this period of his life can become an opportunity for him to reflect, mature, and make meaningful changes.

One thing I want to emphasize is that Malachi is more than the mistake that resulted in his incarceration. He is a son, a cousin, a family member, and a person who still has the ability to positively impact the lives of others. I believe he has learned valuable lessons from this experience and has the potential to use those lessons to build a different future for himself.

Our family is prepared to support him and hold him accountable as he moves forward. I will continue to encourage him to make responsible decisions, surround himself with positive influences, and work toward becoming the man he is capable of being.

I respectfully ask that you consider Malachi not only for the mistakes he has made, but also for his character, his capacity for growth, his family relationships, and his potential for rehabilitation. I genuinely believe that he deserves the opportunity to demonstrate that he can learn from his past and become a productive and responsible member of society.

Thank you for taking the time to read my letter and consider my perspective as someone who has known Malachi as family for many years.

Respectfully,

Thais Sebastien