**Halper, Lauren (USAVAE)**

| | |
|---|---|
| **From:** | Doherty, Brittany (USAVAE) |
| **Sent:** | Thursday, September 24, 2026 8:42 AM |
| **To:** | Halper, Lauren (USAVAE) |
| **Subject:** | Fw: [EXTERNAL] Moms speech |

From [redacted]'s mom [redacted]

---

**From:** [redacted]
**Sent:** Thursday, September 24, 2026 8:27 AM
**To:** Doherty, Brittany (USAVAE) <Brittany.Doherty@usdoj.gov>
**Subject:** [EXTERNAL] Moms speech

Your Honor,I am asking the prosecution to read these words for me because the terror this man inflicted on my family makes it impossible for me to stand at that podium. When this defendant targeted my daughter at just 13 years old, he didn't just send online messages. He sought to psychologically and physically destroy us.He explicitly threatened severe physical and sexual violence against my daughter, outlining terrifying acts of harm. To demonstrate his intent, he forced her to view horrific, graphic videos of real-world violence. But he didn't stop online. He hunted down our lives. He obtained our exact home address, our private home phone number, and he went so far as to secure actual airline tickets to come to us. This was not a young man making a mistake online; this was a calculated predator preparing to execute a violent assault.When this first happened, my instinct as a mother was to be fierce. I told myself he would never get near us, and that as long as I was standing, he could never touch my child. But as the years go by, the reality of time sets in. My daughter is growing up. She will not be by my side every second of every day. She will have to go to work, go to school, and build a life of her own.That is where the actual, immense fear lives. He had the tickets. He had our address. He knows exactly who we are. If this court grants him leniency based on his youth, you are handing this unrepentant predator a countdown clock. You are ensuring that the moment my daughter is out on her own, she will have to look over her shoulder for the rest of her life, waiting for a monster to fulfill the promises he bought plane tickets to carry out.We are the only witnesses who had the immense courage to answer the door when the FBI came and stand against him, while hundreds of his other victims were too paralyzed by fear to speak. We did our part to take a dangerous predator off the streets. Now, I am begging this court to do its part to protect us. Do not give him a concurrent sentence. Do not give him a lighter term. For the safety of my daughter's future, I implore you to hand down the maximum 40-year federal sentence, strictly consecutive to his state time, so she can live her life without a target on her back.

**Halper, Lauren (USAVAE)**

**From:** Doherty, Brittany (USAVAE)
**Sent:** Wednesday, September 23, 2026 4:04 PM
**To:** Halper, Lauren (USAVAE)
**Subject:** Fw: [EXTERNAL]

---

**From:** [redacted]
**Sent:** Wednesday, September 23, 2026 3:59 PM
**To:** Doherty, Brittany (USAVAE) <Brittany.Doherty@usdoj.gov>
**Subject:** [EXTERNAL]

To the Honorable Judge,I am writing this statement to explain the profound and lasting impact the defendant's actions have had on my life. When these events occurred, I was a child of only 13 years old. I was manipulated on the internet and subjected to online exploitation and inappropriate demands, which caused me immense embarrassment, distress, and humiliation.The defendant used severe threats against my family to force compliance, trapping me in a state of constant fear. The absolute terror of this situation became entirely real when law enforcement intervened and came to my door. To this day, recalling these events causes deep distress and emotional overwhelm. It remains painful to process the fact that an adult could deliberately target, manipulate, and exploit a young person.This trauma permanently altered how I live my life and interact with the world. I carry a constant need for safety, remaining hyperaware of my surroundings and always ensuring that trusted individuals know my location. While this ordeal ultimately made me more cautious, it came at the terrible cost of my childhood peace and security. At just 13 years old, I was forced to confront severe manipulation and harm.The defendant targeted my vulnerability, used fear as a weapon against the people I love, and subjected me to a level of psychological damage that I must cope with every single day. I ask that the court holds the defendant fully accountable for the severe harm they have caused, and that the sentence reflects the gravity of what was taken from me.Thank you for considering my statement.Sincerely,[redacted]